JOHN B. CAVAGNARO, appellant,

*v.*

HARVEY F. JOHNSON et al., respondents.

[Submitted March 22d, 1910.    Affirmed without opinion June 20th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 589.*

*Mr. Robert L. Lawrence,* for the appellant.

*Mr. Wendell J. Wright,* for the respondents.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.

---

BERNARD BRINDSE, respondent,

*v.*

ATLANTIC CITY POLICEMEN'S BENEFICIAL ASSOCIATION, appellant.

[Argued March 10th, 1910.    Affirmed without opinion June 20th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.